IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY DON WOOTEN,                         *
                                          *
              Petitioner,                 *
                                          *
vs.                                       *        No. 5:03cv00370  SWW
                                          *
                                          *
                                          *
LARRY NORRIS, Director,                   *
Arkansas Department of Correction,        *
                                          *
              Respondent.                 *

<u>JUDGMENT</u>

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is

Considered, Ordered, and Adjudged that this petition for writ of habeas corpus be, and it hereby

is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 19th day of September, 2006.


                                   <u>/s/Susan Webber Wright</u>
                                   UNITED STATES DISTRICT JUDGE